UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA PAPADOPOULOS,                              :     2:11-cv-04926-ADS-GRB
                                                 :
                  Plaintiff,             :     NOTICE OF MOTION
                                                 :     TO ADMIT COUNSEL
     v.                                          :     PRO HAC VICE
                                                 :
ARBOR MANAGEMENT, LLC,                           :
                                                 :
                  Defendant.             :
------------------------------------------------------------------X

TO:    Kenneth P. Thompson, Esq.
        Basil Constantine Sitaras, Esq.
        Lawrence M. Pearson, Esq.
        THOMPSON WIGDOR, LLP
        85 Fifth Avenue
        New York, NY 10003
        Tel: (212) 257-6800
        Fax: (212) 257-6845
        Email: kthompson@thompsonwigdor.com
        Email: bsitaras@thompsonwigdor.com
        Email: lpearson@thompsonwigdor.com

PLEASE TAKE NOTICE that upon the annexed affidavit of Nicholas T. Moraites in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an associate of the firm of Eckert Seamans Cherin & Mellott, LLC and a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for defendant. There are no pending disciplinary proceeding against me in any State or Federal court.

Dated: 12/14/2011

Respectfully submitted,

_____
Nicholas T. Moraites
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone Number: (202) 659-6670
Fax Number:   (202) 659-6699
nmoraites@eckertseamans.com