UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MARIA PAPADOPOULOS,

                    Plaintiff,

-against-

ARBOR MANAGEMENT, LLC

                    Defendant,

------------------------------------------------------------------ X

CV 11-04926 (ADS)(GRB)

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

**GARY R. BROWN, United States Magistrate Judge:**

On January 12, 2012, Lawrence M. Pearson, on behalf of Plaintiff, and Jeffrey W. Larroca, on behalf of Defendant, conferred pursuant to Fed. R. Civ. P. 23(f). Pursuant to the initial scheduling conference held at 11:00AM on February 3, 2012, this Civil Case Management Plan, submitted in accordance with Fed. R. Civ. P. 26(f), is adopted as the Scheduling Order of this Court in accordance with Fed. R. Civ. P. 16(f).

1. Amended pleadings may be filed without leave of the Court until April 2, 2012.

2. Initial disclosures pursuant to Rule 26(a)(1) shall be completed no later than February 3, 2012.

3. All fact discovery shall be completed no later than September 10, 2012.

4. The Parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided all fact discovery is completed by September 10, 2012.

    a. Initial requests for production of documents to be served no later than March 2, 2012, and responses served within thirty (30) days after service.

    b. Interrogatories to be served no later than March 2, 2012 and responses served within thirty (30) days after service.

5. No later than August 10, 2012, the Parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) Plaintiff's expert report(s) shall be due before those of Defendants' expert(s); and (ii) all expert discovery shall be completed by October 10, 2012.

6. Defendants may move to seek approval to file a motion for summary judgment until September 24, 2012.

7. The Final Pretrial Submission Date is January 14, 2013. By the Final Pretrial Submission Date, the Parties shall submit a Joint Pretrial Order. Any motions *in limine* shall be filed by the Final Pretrial Submission Date. Proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Fed. R. Civ. P. 51(a)(2)(A).

8. The parties intend to enter into a confidentiality order which will be filed under separate cover for the Court's approval, and will disclose the existence of privileged materials in accordance with Fed. R. Civ. P. 26.

9. The parties agree to exchange electronically stored information (ESI) in the manner most easily produced.

| | |
|---|---|
| **THOMPSON WIGDOR LLP** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| /s/ *[signature]* | /s/   Jeffrey Larroca |
| Lawrence M. Pearson | Jeffrey W. Larroca |
| 85 Fifth Avenue | Nicholas T. Moraites |
| New York, NY 10003 | 1717 Pennsylvania Ave., NW, Suite 1200 |
| (212) 257-6800 | Washington, DC 20006 |
| Fax: (212) 257-6845 | (202) 659-6646/6670 |
| lpearson@thompsonwigdor.com | Fax: (202) 659-6699 |
| | jlarroca@eckertseamans.com |
| | nmoraites@eckertseamans.com |
| | |
| | Riyaz G. Bhimani |
| | 10 Bank Street, Suite 700 |
| | White Plains, New York 10606 |
| | (914) 949-2909 |
| | Fax: (914) 949-5424 |
| | rbhimani@eckertseamans.com |

SO ORDERED this 3 day of  Feb.           2012

Central Islip, New York

_____
The Honorable Gary R. Brown
United States Magistrate Judge