UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIA PAPADOPOULOS,                                :        2:11-cv-04926-ADS-GRB
                                                                       :
                Plaintiff,                             :
                                                                       :
      v.                                                        :        **DEFENDANT'S REPORT**
                                                                       :        **REGARDING NUMBER**
ARBOR MANAGEMENT, LLC,                         :        **OF EMPLOYEES**
                                                                       :
                Defendant.                         :
------------------------------------------------------------------------X

        Pursuant to this Court's February 3, 2011 Order [Dkt. #13], defense counsel was to advise the Court regarding the number of defendant's employees. Arbor Management, LLC ("Arbor"), respectfully submits this report concerning Arbor's employee numbers.

        Arbor's employee numbers are broken up into two categories: (1) office employees and (2) employees at the household. In 2008, Arbor never had more than twelve total employees: five at the office and seven at the household. In 2009, Arbor never had more than ten total employees: four at the office and six at the household. Currently, Arbor has nine total employees: four at the office and five at the household. Additionally, Arbor serves as the payroll facilitation company for many other related entities. Because of this status, Arbor issues payroll checks to hundreds of individuals employed by other Arbor-related entities.

//

//

//

//

//

//

Dated: Washington, DC

March 2, 2012  Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/Nicholas T. Moraites
    Jeffrey W. Larroca (*pro hac vice*)
    Nicholas T. Moraites (*pro hac vice*)
    ECKERT SEAMANS CHERIN & MELLOTT, LLC
    1717 Pennsylvania Avenue, N.W.,
    12th Floor
    Washington, DC 20006
    Tel:   (202) 659-6646/6670
    Fax:  (202) 659-6699
    Email: jlarroca@eckertseamans.com
    Email: nmoraites@eckertseamans.com

    Riyaz G. Bhimani [RGB-7438]
    ECKERT SEAMANS CHERIN & MELLOTT, LLC
    10 Bank Street
    Suite 700
    White Plains, NY 10606
    Tel:   (914) 286-2806
    Fax:  (914) 949-5424
    Email: rbhimani@eckertseamans.com

    *Counsel for Defendant*
    *Arbor Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following, on the following counsel of record:

Kenneth P. Thompson, Esq.
Basil Constantine Sitaras, Esq.
Lawrence M. Pearson, Esq.
THOMPSON WIGDOR, LLP
85 Fifth Avenue
New York, NY  10003
Tel: (212) 257-6800
Fax: (212) 257-6845
Email: kthompson@thompsonwigdor.com
Email: bsitaras@thompsonwigdor.com
Email: lpearson@thompsonwigdor.com

*Counsel for Plaintiff*

/s/Nicholas T. Moraites
Nicholas T. Moraites (*pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006
Tel:    (202) 659-6670
Fax:    (202) 659-6699
Email: nmoraites@eckertseamans.com