UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Papadopoulos,

                              Plaintiff(s),                  Case No. 11-4926 (ADS)

        -against-

Arbor Management, Defendant(s).
-----------------------------------------------------------------X

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their settlement agreement entered into on November 30, 2012.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through December 10, 2012.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated: November 30, 2012

ENTER:

_____
United States District Judge

AGREED TO:
Attorney for Plaintiff(s):

*[signature]*

AGREED TO:
Attorney for Defendant(s):

*[signature]*